James Woo, Petitioner v. El Paso County Sheriff's Office and Fourth Judicial District Attorney's Office. Respondents No. 20SC865
Supreme Court of Colorado, En Banc
August 16, 2021

 GRANTED
 PETITIONS FOR WRIT OF CERTIORARI

 Court
 of Appeals Case No. 19CA1360

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 the court of appeals erred in holding that the Colorado
 Governmental Immunity Act does not violate petitioner's
 constitutional right against deprivation of property without
 due process in barring his replevin claim, even if the
 criminal court lacks jurisdiction to address a post-sentence
 motion for return of property.

 DENIED
 AS TO ALL OTHER ISSUES.